

# Fourth Court of Appeals
## San Antonio, Texas

**JUDGMENT**

No. 04-22-00093-CV

Donald W. **TAYLOR**,
Appellant

v.

Brian **SCHULTZ**, Dixon Schultz, Kevin Gallagher, Cynthia Gallagher, Jeffrey C. Pitts,
and Vada Michelle Pitts,
Appellees

From the 216th Judicial District Court, Gillespie County, Texas
Trial Court No. 16772
Honorable Dennis Powell, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE RODRIGUEZ

In accordance with this court's memorandum opinion of this date, the trial court's judgment is AFFIRMED. To the extent Taylor asks this court to impose sanctions on the defendants, his request is DENIED.

It is ORDERED that Appellees Brian Schultz, Dixon Schultz, Kevin Gallagher, Cynthia Gallagher, Jeffrey C. Pitts, and Vada Michelle Pitts recover their costs on appeal from Appellant Donald W. Taylor.

SIGNED April 3, 2024.

Liza A. Rodriguez, Justice